

**Randy Zelin**
Partner
NY & NJ Bars
Email: rzelin@moritthock.com

April 19, 2012

By ECF

Honorable Arthur D. Spatt
United States District Court
Eastern District of New York
100 Alfonse M. D'Amato United States Courthouse
Federal Plaza
Central Islip, NY 11722

      Re:    United States v. Eric Aronson
                  Criminal Docket No. 12-CR-0245

Dear Judge Spatt:

      I represent the defendant Eric Aronson. I am respectfully requesting that my client be permitted to attend his son's Annual Team Awards Banquet on Tuesday, April 24, 2012 from 7:00pm to 11:00pm. The dinner will be held at the Woodbury Country Club, in Woodbury, L.I. The government and pretrial have no objection with this request.

      Thank you for your kind consideration.

                              Respectfully submitted,

                              MORITT HOCK & HAMROFF LLP

                    By:    s/Randy Zelin
RZ:dmp                            RANDY ZELIN
cc: William Campos, Esq. (by .pdf email)
    Arthur Bobyak – Pretrial Officer (by .pdf email)
    Melissa Siberon – EMUNIT (by .pdf email)

# Syosset Braves Wrestling Banquet



**Dear Braves Families,**

**Our Annual Team Dinner will be held at the Woodbury Country Club,**

**Date        :**        Tuesday April 24th, 2012   at 7pm.

**Cost per person :**        $38.00 (Braves Wrestlers are free of charge)

**Please advise by email as soon as possible,  if you plan to attend and how many will be in your party, to Coach Murtha at :** ___mmjm02@aol.com

- **Payment** is due on or before April 10th,  please complete the below response form & return to Coach Murtha,  All wrestlers  must respond (even if you are unable to make the dinner)
- **Make Checks payable** to:    Braves Wrestling

Any  questions please contact Amy Delin (516) 817-4558  or Karen Rondino (516) 554-7651

✂ ----------------------------------------------------------------------------------------------------

Syosset Braves Banquet,  Tues. April 24, 2012 7pm  @ Woodbury Country Club

Name_____, will _____ will not _____ attend

Number of guests: _____  X  $38.00  =  Total   $_____

Checks Payable to:  Braves Wrestling

Response & Payment due by April 10th -