**BEFORE:** ARTHUR D. SPATT   **DATE:** 9/23/2016   **TIME:** 10:00 a.m. (1 hr. 45 min)

**DOCKET #:** CR-~~15-0017~~  *12CRC245*

**CAPTION:** USA -v- Eric Aronson, et al.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 23 2016 ★
LONG ISLAND OFFICE

## CRIMINAL CAUSE FOR SENTENCING

### APPEARANCES

**DEFENDANT:** Eric Aronson  #1   **COUNSEL:** Anthony LaPinta and Paul Rinaldo

_X_ Present ___ Not present _X_ In Custody ___ On Bail _X_ CJA ___ Retained ___ FD

**GOVERNMENT:** William Campos and Bradley King   **DEPUTY CLERK:** C. Vukovich

**COURT REPORTER:** Mary Ann Steiger

**INTERPRETER:** _____

**PROBATION:** Steven Guttman

_X_ Case called.

_X_ Deft(s) Eric Aronson appear(s) with counsel.

___ Fatico Hearing held: _____

_X_ Sentencing held.

___ Sentencing adjourned to: _____ At _____ AM/PM

_X_ Statement(s) of defendant and counsel heard.

**IMPRISONMENT:**

_X_ The defendant is sentenced to: 124 months, with credit for time served.

To be followed by: 3 years of Supervised Release.

Special Conditions of Supervised Release: See J & C.

_X_ The Defendant is remanded to the custody of the U.S. Marshals.

___ The Defendant shall surrender to: _____

___ The court makes the following Recommendations to the Bureau of Prisons: <u>Danbury</u>

**FINE, RESTITUTION & SPECIAL ASSESSMENT:**

___ The Defendant is ordered to pay a Fine in the sum of: _____

___ The Fine is to be paid: _____

**X** The Fine is waived based on the Defendant's inability to pay.

**X** Restitution is ordered: <u>See J & C.</u>

**X** Special Assessment is imposed in the sum of: $ <u>100</u>

___ Special Assessment to be paid by: _____

___ The Remaining Counts are dismissed on the United States' motion.

**X** The Defendant is advised of the Right to Appeal.

NOTES:_____