FR:BDM
F#: 2007R01655

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

- against -

ERIC ARONSON

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

FINAL ORDER OF FORFEITURE

12-CR-245

(Spatt, J.)



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 23 2016 ★
LONG ISLAND OFFICE

WHEREAS, on September 12, 2014, ERIC ARONSON (the "Defendant") entered a plea of guilty to Count Two of the above-captioned indictment, charging violations of 15 U.S.C. §§ 78j(b) and 78ff;

WHEREAS, on December 22, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, wherein the Defendant agreed to forfeit to the United States all right, title and interest in the following: (a) a forfeiture money judgment in the amount of twenty-six million dollars and no cents ($26,000,000.00) (the "Forfeiture Money Judgment"); (b) One 2007 Mercedes Benz SL65, VIN WDBSK79F126766, seized from the Defendant on or about December 27, 2011, on Dale Street in Southampton, New York; (c) One Pablo Picasso painting titled "Untitled from bloch 1776"; (d) One Pablo Picasso painting titled "Imaginary Portraits"; (e) One Black and Silver color Zeno Watch Basel #8577/2; and (f) One Black and Silver Concord Watch #14C51893/1306617, all of which were seized from the Defendant on or about March 15, 2012 (items (b) through (f) collectively referred to as the "Forfeited Assets"), forfeitable to

the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), as property, real or personal, that constitutes, or is derived from, proceeds traceable to the defendant's violations of 15 U.S.C. §§ 78j(b) and 78ff, and/or as substitute assets pursuant to 21 U.S.C. § 853(p);

WHEREAS, on or about January 2, 2015 and February 13, 2015, copies of the Preliminary Order as to the Forfeited Assets were served on all known potential claimants;

WHEREAS, the United States published notice of its intent to forfeit the Forfeited Assets on the official government forfeiture website, www.forfeiture.gov, for thirty (30) consecutive days, beginning December 31, 2014 through and including January 29, 2015;

WHEREAS, to date, no third parties have filed with the Court any petition or claim in connection with the Forfeited Assets and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c) and the Preliminary Order, all payments made towards the Forfeiture Money Judgment and all right, title, and interest in the Forfeited Assets are hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED, that the United States Marshals Service, the FBI, and/or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of any and all payments made towards the Forfeiture Money Judgment and the Forfeited Assets in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order of Forfeiture and the Preliminary Order of Forfeiture

IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-office mail five (5) certified copies of this executed Final Order of Forfeiture to the United States Attorney's Office, Eastern District of New York, 610 Federal Plaza, 5th Floor, Central Islip, New York, 11201, Attn: FSA Asset Forfeiture Paralegal Brian Gappa.

Dated: Central Islip, New York
September 23, 2016

s/ Arthur D. Spatt

HONORABLE ARTHUR D. SPATT
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK